# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **Danielle Thomas, and Nicholas Thomas,** | Civil No. 07-3812 JNE/SRN |
| **Plaintiffs,** | |
| v. | |
| | ORDER |
| **Hennepin County Human Services Child Protection Department,** | |
| **Defendant.** | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated November 27, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's Application To Proceed In Forma Pauperis, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: December 19, 2007.

                                                s/ Joan N. Ericksen
                                                Judge Joan N. Ericksen
                                                United States District Court Judge